**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**VALARIE TURNER**                                                      **PLAINTIFF**


**VS.**                            **No. 3:25-cv-00035 BSM/PSH**


**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                    **DEFENDANT**


**ORDER**


The application to proceed *in forma pauperis* is granted (Doc. No. 1). The applicant may proceed without prepayment of fees and costs or the necessity of giving security therefor.

IT IS SO ORDERED this 4th day of March, 2025.


_____
UNITED STATES MAGISTRATE JUDGE