IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VALARIE TURNER                                                                                    PLAINTIFF

v.                              NO. 3:25-cv-00035-PSH

SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

### ORDER

The record reflects that the Commissioner of the Social Security Administration ("Commissioner") was given up to, and including, October 17, 2025, to respond to the brief filed by plaintiff Valarie Turner ("Turner"). See Docket Entry 17. Before the Commissioner could respond to Turner's brief, the federal government shut down for a lack of appropriations, and this case was stayed. See Docket Entry 18. The stay was lifted when the federal government re-opened. See Docket Entry 19.

To date, the Commissioner has not responded to Turner's brief. The Commissioner is given up to, and including, January 2, 2026, to respond to Turner's brief.

IT IS SO ORDERED this 2nd day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE