IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VALARIE TURNER                                                          PLAINTIFF

v.                           NO. 3:25-cv-00035-PSH

SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Valarie Turner.

IT IS SO ORDERED this 8th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE